**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                        August 3, 2011
Courtroom Deputy:   J. Chris Smith
FTR Technician:       Kathy Terasaki

_____

Civil Action No. 10-cv-01997-RPM

JAMES BREHM,                                                                Samuel M. Ventola

     Plaintiff,

v.

LITTLETON PUBLIC SCHOOLS,                                     Stephen G. Everall

     Defendant.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Summary Judgment**

**2:21 p.m.         Court in session.**

Court's preliminary remarks and states its understanding of the case.

Mr. Ventola answers questions ask by the Court.

| | |
|---|---|
| 2:27 p.m. | Argument by Mr.. Everall. |
| 2:37 p.m. | Argument by Mr. Ventola. |
| 2:48 p.m. | Rebuttal argument by Mr. Everall. |

**ORDERED:      Defendant's Motion for Summary Judgment, filed 4/8/2011 [7], is denied.
                           Pretrial conference scheduled September 9, 2011 at 11:00 a.m.**

**2:56 p.m.          Court in recess.**

Hearing concluded.  Total time: 35 min.