IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01997-RPM

JAMES BREHM,

      Plaintiff,

v.

LITTLETON PUBLIC SCHOOLS,

      Defendant.

_____

ORDER SETTING TRIAL DATE
_____

      Pursuant to the pretrial conference today, it is

      ORDERED that this matter is set for trial to jury on **January 23, 2012, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

      Dated:   September 9th, 2011

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____

                                      Richard P. Matsch, Senior District Judge