IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01997-RPM-BNB

JAMES BREHM,

Plaintiff,

v.

LITTLETON PUBLIC SCHOOLS,

Defendant.

_____

## ORDER
_____

I am informed that this case has been resolved, subject to the approval of the school board.  Accordingly,

IT IS ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice pursuant to Fed. R. Civ. P. 41(a), if at all, on or before November 16, 2011.

Dated October 28, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge