IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01997-RPM

JAMES BREHM,

    Plaintiff,

v.

LITTLETON PUBLIC SCHOOLS,

    Defendant.
_____

ORDER FOR DISMISSAL
_____

    Pursuant to the Stipulated Motion to Dismiss with Prejudice [30] filed November 15, 2011, it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own attorneys fees and costs.

    Dated:  November 16th, 2011

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge